# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:11 cv 82

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE** ) | |
| **CORPORATION, as Receiver for** ) | |
| **THE BANK OF ASHEVILLE,** ) | |
| ) | |
| Plaintiff ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| **GEORGE M. GABLER,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court pursuant to a review of the file. On May 11, 2011 the undersigned entered an Order (#8) staying this action for a period of the earlier of 180 days from defendant's submission of any claims that defendant might have to the FDIC or ten (10) days after the date the FDIC renders a final written determination upon defendant's claims. The 180 day period has now expired. As a result, the undersigned will enter an order directing that plaintiff will report to the court whether or not defendant has submitted any claims and whether or not this matter should be continued to be stayed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that plaintiff file a report with the court not later than **December 2, 2011** reporting to the court the status of any claims filed by defendant and further providing information to the court as to whether or not the stay of these proceedings should be continued.

Signed: November 21, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge