# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 cv 82

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE ) <br> CORPORATION, as Receiver for ) <br> THE BANK OF ASHEVILLE, ) <br> ) <br>    Plaintiff ) <br> ) <br> v ) <br> ) <br> GEORGE M. GABLER, ) <br> ) <br>    Defendant. ) | **ORDER** |

**THIS MATTER** is before the court pursuant to an Order (#9) entered by the undersigned on November 21, 2011requiring that plaintiff report to the court as to the submission of any claims by defendant and the Notice (#10) filed by plaintiff in response to that Order. In the Notice, plaintiff reports that plaintiff knows of no reason why the stay previously entered in this matter should not be set aside and a scheduling order to issue. As a result, the undersigned will order that a new Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan be filed so that the court can enter a scheduling order.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that plaintiff and defendant shall provide a Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan on or before **December 21, 2011** by filing such with the Clerk. It is further **ORDERED**

that the stay of the proceedings entered by this court by Order (#8) dated May 11, 2011is hereby **DISSOLVED**.

Signed: December 7, 2011

Dennis L. Howell
United States Magistrate Judge