# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

CIVIL ACTION FILE NO. 1:11-cv-82-MR-DLH

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR THE BANK OF ASHEVILLE, | ) ) ) | |
| Plaintiff | ) | CONSENT JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE M. GABLER, | ) | |
| Defendant | ) | |

THIS CAUSE coming on to be heard and being heard, with the consent of the parties hereto, for final adjudication on the merits of Plaintiff's Complaint. The parties hereto hereby consent and agree to the form and entry of this Consent Judgment. Furthermore, the parties hereto expressly waive the requirements of Findings of Fact and Conclusions of Law and agree to be bound by this Consent Judgment, both at the trial court level and the appellate level.

THEREFORE, WITH THE CONSENT OF THE PARTIES, IT HEREBY IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

Plaintiff shall have and recover of Defendant George M. Gabler the sum of Six Hundred Sixty Two Thousand, Eight Hundred Sixty and 04/100 Dollars ($662,860.04), plus interest at the legal rate of $110.68 per diem from July 23, 2010, until paid in full, and attorneys' fees of $99,429.00.

That Defendant's Counterclaims in this action shall be, and they are hereby, dismissed, with prejudice.

This is a final judgment as to Plaintiff's Complaint and there is no just reason for delaying the entry of this judgment.

This the 23 day of May, 2012.

_____
The Honorable Presiding Judge

WE CONSENT:

_____
Derek J. Allen
N.C. State Bar I.D. No.: 24091
email: dja@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 2020
Asheville, NC 28802-2020
Telephone: 828.348.6070
Facsimile: 828.348.6077
Attorneys for Plaintiff

_____
David R. Payne
David R. Payne, P.A.
1 North Pack Square, Suite 425
Asheville, NC 28801
Phone: 828-258-0076
Fax: 828-281-2873
Attorneys for Defendant

2

_George M. Gabler_ [SEAL]

GEORGE M. GABLER

_Buncombe_ COUNTY, NORTH CAROLINA

I certify that the following person personally appeared before me this day, acknowledging to me that he signed the foregoing document: GEORGE M. GABLER

Date _4/4/12_

(Official Seal)

_Linda O. Lichtenberg_
Notary Public

My commission expires:

_July 11, 2015_

3